IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:21-cv-00388-FL

| | |
|---|---|
| GARY MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF HENDERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER coming before the Court on the motion of KATHERINE BARBER-JONES to withdraw as counsel of record for Defendant CITY OF HENDERSON ("Defendant"), who consents to the motion, and having reviewed the motion, this Court finds good cause to grant the motion and allow Katherine Barber-Jones to withdraw her appearance as counsel for Defendant.

WHEREFORE, the Motion to Withdraw as Counsel of Katherine Barber-Jones is hereby GRANTED.

Executed: February 7, 2023.

                                                      Louise Wood Flanagan
                                                      United States District Judge