IN THE US DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-00388-FL

| | |
|---|---|
| GARY MILES, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CITY OF HENDERSON, | ) |
| Defendant. | ) |

THIS MATTER, coming before the Court upon the Consent Motion for Substitution of Mediator, and the Court, having reviewed the Court file, is of the opinion that the parties having been in compliance with the Case Management Order (Doc. 24), that there being good cause shown, and, therefore, the Consent Motion for Substitution of Mediator should be ALLOWED.

WHEREFORE, IT IS HEREBY ORDERED that the parties have substituted the mediator previously selected by the parties for Alan Pittman to mediate this matter.

SO ORDERED this the 12th day of April, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge